**OTTIS M. McCONNELL et al. v. R. B. STELLWAGON et al.***

No. 4092.

Court of Appeal of Louisiana. Second Circuit.
March 16, 1932.

Thornton, Gist & Richey and Leo Gold, all of Alexandria, and Hugh M. Wilkinson, of New Orleans, for appellants.

Hawthorn, Stafford & Pitts, of Alexandria, for appellees.

DREW, J.

For the reasons assigned in case No. 4093, styled John H. McDonald et al. v. R. B. Stellwagon et al., 140 So. 133, this day decided by this court, the judgment of the lower court, in so far as it awarded judgment against J. H. Gilbert, is reversed, and the demands of plaintiffs against J. H. Gilbert are rejected, at plaintiffs' cost.

The award of $10,000 given plaintiffs against R. B. Stellwagon, we think, is in ac-

*Rehearing denied May 4, 1932.

cord with the jurisprudence of this state, and the same will not be disturbed; therefore, the judgment, in all other respects, is affirmed.